IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

JEFFERY A. ZAPOR  Case No.: 1:10-MC-011
Ohio Atty. Reg. No. 0079076  Chief Judge Susan J. Dlott
RESPONDENT

## ORDER

**IT IS ORDERED** by this Court, *sua sponte*, that Respondent show cause on or before 20 days from the date of this order, why he should not be found in contempt of this Court for failure to fully comply with this Court's order of November 30, 2011: to wit, failure to surrender Certificate of Admission and file an affidavit of compliance on or before January 4, 2012.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall cause a copy of this Order to be published to this Court's official website. The Court notes that mail previously sent was returned and no current address is available for Respondent.

**IT IS SO ORDERED.**

*/s/ Susan J. Dlott*
Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio