IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

JEFFERY A. ZAPOR  
Ohio Atty. Reg. No. 0079076  
RESPONDENT

Case No. : 1:10-MC-011  
Chief Judge Susan J. Dlott

## ORDER

**IT IS ORDERED** by this Court, sua sponte, that Respondent is found in contempt for failure to comply with this Court's order of November 30, 2011, to wit: failure to surrender Certificate of Admission and file affidavit of compliance on or before January 4, 2012.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall cause a copy of this Order to be published to this Court's official website. The Court notes that mail previously sent was returned and no current address is available for Respondent.

**IT IS SO ORDERED.**

_____  
Susan J. Dlott, Chief Judge  
United States District Court  
Southern District of Ohio